FEITLIN, YOUNGMAN, KARAS & YOUNGMAN, LLC
By: Andrew J. Karas, Esq.
   AJK (5757)
9-10 Saddle River Road
Fair Lawn, NJ 07410
(201) 791-4400
Attorneys for Plaintiff,
John D. Wilcox, Administrator of the Estate of Guy Wilcox

| | |
|---|---|
| JOHN D. WILCOX, Administrator of the Estate of GUY WILCOX,<br><br>    Plaintiff(s)<br><br>v.<br><br>MORGAN STANLEY DEAN WITTER, MORGAN STANLEY, DEAN WITTER REYNOLDS, INC., DAVID M. LOMBARDO, GRETCHEN A. MARQUARD, DONALD BOYD, RICHARD LESS and JOHN DOE 1 through 10, said names being fictitious and intended to relate to the State claims only,<br><br>    Defendant(s) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 05-1179(WHW)<br><br>**ORDER FOR DISCOVERY** |
| DAVID M. LOMBARDO,<br><br>    Third Party Plaintiff<br><br>v.<br><br>JAMES PINO,<br><br>    Third Party Defendant | |

UPON reading the annexed Verified Petition and having received no opposition to same;

IT IS on this 21 day of May 2007,

ORDERED as follows:

1. That the Custodian of Records of Premium Capital Fund, LLC d/b/a Topdot Mortgage, having offices at 125 Jericho Turnpike, Suite 500, Jericho, New York, be and the same shall hereby appear for a deposition on the 11 day of June, 2007 at 1:00 p.m. at the office of Feitlin, Youngman, Karas & Youngman, LLC, located at 9-10 Saddle River Road, Fair Lawn, New Jersey concerning two mortgages both dated October 20, 2006, given to David Lombardo and Johanna Lombardo, in the amounts of $620,000.00 and $155,000.00 with regard to property located at 21 Biscayne Drive, Ramsey, New Jersey. In lieu of appearing for a deposition, the custodian of the records may produce those documents as set forth in Schedule "A" annexed hereto, by certified mail, at the law offices of Feitlin, Youngman, Karas & Youngman, LLC, 9-10 Saddle River Road, Fair Lawn, New Jersey on or before the 4th day of June, 2007;

2. IT IS FURTHER ORDERED that a copy of this Order shall be served upon the Custodian of Records of Premium Capital Fund, LLC d/b/a Topdot Mortgage, at 125 Jericho Turnpike, Suite 500, Jericho, New York by registered and/or certified mail, return receipt requested, and simultaneously by regular mail, at least ten days before the date for appearance fixed herein.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

F:\WP\ANDY\wilcox.3order.wpd

## EXHIBIT "A"

1. Any and all correspondence, notes, memorandum, applications, financial information, mortgages, notes, credit checks, income verification information, and/or other documents regarding and/or pertaining to a Mortgage Loan obtained by David M. Lombardo and Johanna Lombardo, as borrowers, from Premium Capital Funding, LLC d/b/a Topdot Mortgage on or about October 20, 2006 for the sum of $620,000.00 with regard to property located at 21 Biscayne Drive, Ramsey, New Jersey.

2. Any and all correspondence, notes, memorandum, applications, financial information, mortgages, notes, credit checks, income verification information, and/or other documents regarding and/or pertaining to a Mortgage Loan obtained by David M. Lombardo and Johanna Lombardo, as borrowers, from Premium Capital Funding, LLC d/b/a Topdot Mortgage on or about October 20, 2006 for the sum of $155,000.00 with regard to property located at 21 Biscayne Drive, Ramsey, New Jersey.

F:\WP\ANDY\wilcox.3schedule.wpd